IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

Dated: May 13, 2008



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-06904/0014438295

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Krystyna I. Wiseman<br>    Debtor.<br>_____<br>Mortgage Electronic Registration Systems, Inc. as Nominee for EMC Mortgage<br>    Movant,<br>vs.<br><br>Krystyna I. Wiseman, Debtor, Brian J. Mullen Trustee.<br><br>    Respondents. | No. 2:08-bk-03749-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket # 11) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that

certain real property which is the subject of a Deed of Trust dated April 3, 2006 and recorded in the office of the Maricopa County Recorder wherein Mortgage Electronic Registration Systems, Inc. as Nominee for EMC Mortgage is the current beneficiary and Krystyna I. Wiseman has an interest in, further described as:

> Lot 140, FULTON HOMES AT SIERRA VERDE, a subdivision recorded in Book 417 of Maps, page 30, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2008.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT

GRANTED