BRIAN J. MULLEN
Bankruptcy Trustee
P.o. Box 32247
Phoenix, AZ 85064
(602) 283-4468

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| | ) | |
| WISEMAN, KRYSTYNA I | ) | Case No. 08-03749-PHX-RJH |
| | ) | |
| | ) | NOTICE OF TRUSTEE'S INTENT |
| | ) | TO ABANDON PROPERTY |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

NOTICE IS GIVEN that BRIAN J. MULLEN, Trustee, proposes to abandon the following described property on the grounds that it is burdensome and of inconsequential value to the estate:

**FEDERAL AND STATE TAX REFUNDS**

Any person opposing the abandonment shall file a written objection and request for a hearing within 21 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with CLERK OF THE COURT, US BANKRUPTCY COURT, 230 N. 1ST AVE., SUITE 101, PHOENIX, AZ 85003-1727. A copy of the objection shall be mailed forthwith to the Trustee and his attorney at the following address:

TRUSTEE: BRIAN J. MULLEN, Bankruptcy Trustee, P.o. Box 32247, Phoenix, AZ 85064
ATTORNEY FOR TRUSTEE:

If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

June 22, 2010  /s/ Brian J. Mullen
Date  BRIAN J. MULLEN, Trustee