UST-32, 3-03

BRIAN J. MULLEN
Bankruptcy Trustee
P.o. Box 32247
Phoenix, AZ 85064
(602) 283-4468

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| WISEMAN, KRYSTYNA I | ) | CASE NO. 08-03749-PHX-RJH |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

BRIAN J. MULLEN, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 3002 | 12/2/2010 | KRYSTYNA WISEMAN<br>11343 E. QUARTET AVE<br>MESA, AZ 85212 | $0.03 |

March 15, 2011                                   /s/
    DATE                                          BRIAN J. MULLEN